IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. 10-03090-01-CR-S-DGK |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 113(a)(1) |
| | ) | NMT 20 Years Imprisonment |
| v. | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| **ULYSSES JONES, JR.** | ) | Class C Felony |
| [DOB: 09-16-1956], | ) | |
| | ) | $100 Mandatory Special Assessment |
| Defendants. | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT**:

On or about January 9, 2006, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **ULYSSES JONES, JR.,** at a place within the special maritime and territorial jurisdiction of the United States, that is, the United States Medical Center for Federal Prisoners in Springfield, Missouri, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault the person R.R. with intent to commit murder, by stabbing him with a sharpened piece of metal (also called a "shank"), in violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

**A TRUE BILL**

_/s/_
FOREPERSON OF THE GRAND JURY

_/s/ Gary K. Milligan_
Gary K. Milligan
Assistant United States Attorney

DATED: November 8, 2010