IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-03090-01-CR-S-DGK |
|---|---|---|
| Plaintiff, | ) | **COUNT ONE** |
| | ) | 18 U.S.C. § 1111 |
| v. | ) | NMT Death |
| | ) | NLT Life Imprisonment |
| **ULYSSES JONES, JR.** | ) | NMT $250,000 Fine |
| [DOB: 09-16-1956], | ) | Class A Felony |
| | ) | |
| Defendants. | ) | **COUNT TWO** |
| | ) | 18 U.S.C. § 1118 |
| | ) | NMT Death |
| | ) | NLT Life Imprisonment |
| | ) | NMT $250,000 Fine |
| | ) | Class A Felony |
| | ) | |
| | ) | **COUNT THREE** |
| | ) | 18 U.S.C. § 113(a)(1) |
| | ) | NMT 20 Years Imprisonment |
| | ) | NMT $250,000 Fine |
| | ) | NMT 3 Years Supervised Release |
| | ) | Class C Felony |
| | ) | |
| | ) | $100 Mandatory Special Assessment |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

COUNT ONE

1. On or about January 9, 2006, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **ULYSSES JONES, JR.,** at a place within the special maritime and territorial jurisdiction of the United States, that is, the United States Medical Center for Federal Prisoners in Springfield, Missouri, on land acquired for the use of the United States and under its exclusive jurisdiction, did, with malice aforethought, willfully, deliberately, maliciously

and with premeditation, unlawfully kill Timothy Baker, in violation of Title 18, United States Code, Sections 1111 and 7(3).

## NOTICE OF SPECIAL FINDINGS

2. The factual allegations of paragraph 1 of this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

**A. Statutory Factors Enumerated under Title 18, U.S.C., Section 3591**

    i.       Was 18 years of age or older at the time of the offense [18 U.S.C. § 3591(a)];

    ii.      Intentionally killed Timothy Baker [18 U.S.C. § 3591(a)(2)(A)];

    iii.     Intentionally inflicted serious bodily injury that resulted in the death of Timothy Baker [18 U.S.C. § 3591(a)(2)(B)];

    iv.     Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Timothy Baker died as a direct result of the act [18 U.S.C. § 3591(a)(2)(C)];

    v.      Intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Timothy Baker died as a direct result of the act [18 U.S.C. § 3591(a)(2)(D)].

**B. Statutory Factors Enumerated under Title 18, U.S.C., Section 3592(c)**

    i.       The death or injuries resulting in death, occurred during the commission or attempted commission, of an offense under 18 U.S.C., § 1118 (murder by prisoner serving life

term) [18 U.S.C. § 3592(c)(1)];

   ii.  The defendant has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm against another person [18 U.S.C. § 3592(c)(2)];

   iii.  The defendant has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute [18 U.S.C. § 3592(c)(3)];

   iv.  The defendant has previously been convicted of 2 or more Federal or State offenses punishable by a term of imprisonment of more than 1 year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person [18 U.S.C. § 3592(c)(4)];

   v.  The defendant, in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense, that is R.R. [18 U.S.C. § 3592(c)(5)];

   vi.  The defendant committed the offense after substantial planning and premeditation to cause the death of Timothy Baker [18 U.S.C. § 3592(c)(9)];

   vii.  The victim, Timothy Baker, was particularly vulnerable due to infirmity, in this case, the victim was sleeping when attacked and was taking sleeping medication [18 U.S.C. § 3592(c)(11)]

   viii.  The defendant intentionally attempted to kill more than one person in this same criminal episode, by stabbing R.R. multiple times after stabbing Timothy Baker to death [18

3

Case 6:10-cr-03090-DGK  Document 38  Filed 10/03/12  Page 3 of 6

U.S.C. § 3592(c)(16)].

## COUNT TWO

3. On or about January 9, 2006, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **ULYSSES JONES, JR.**, who was at the time of this offense was a person confined to a Federal corrections institution, namely the United States Medical Center for Federal Prisoners in Springfield, Missouri, while serving under a sentence for a term of life imprisonment, did, with malice aforethought, willfully, deliberately, maliciously and with premeditation, unlawfully kill Timothy Baker, in violation of Title 18, United States Code, Sections 1118.

## NOTICE OF SPECIAL FINDINGS

4. The factual allegations of paragraphs 3 of this Indictment are hereby re-alleged and incorporated herein by reference as if fully set forth.

**A. Statutory Factors Enumerated under Title 18, U.S.C., Section 3591**

    i.       Was 18 years of age or older at the time of the offense [18 U.S.C. § 3591(a)];

    ii.      Intentionally killed Timothy Baker [18 U.S.C. § 3591(a)(2)(A)];

    iii.     Intentionally inflicted serious bodily injury that resulted in the death of Timothy Baker [18 U.S.C. § 3591(a)(2)(B)];

    iv.     Intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Timothy Baker died as a direct result of the act [18 U.S.C. § 3591(a)(2)(C)];

    v.      Intentionally and specifically engaged in an act of violence, knowing that the act

created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and Timothy Baker died as a direct result of the act [18 U.S.C. § 3591(a)(2)(D)].

**B. Statutory Factors Enumerated under Title 18, U.S.C., Section 3592(c)**

    i.    The defendant has previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than 1 year, involving the use or attempted or threatened use of a firearm against another person [18 U.S.C. § 3592(c)(2)];

    ii.    The defendant has previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or a sentence of death was authorized by statute [18 U.S.C. § 3592(c)(3)];

    iii.    The defendant has previously been convicted of 2 or more Federal or State offenses punishable by a term of imprisonment of more than 1 year, committed on different occasions, involving the infliction of, or attempted infliction of, serious bodily injury or death upon another person [18 U.S.C. § 3592(c)(4)];

    iv.    The defendant, in the commission of the offense, or in escaping apprehension for the violation of the offense, knowingly created a grave risk of death to 1 or more persons in addition to the victim of the offense, that is R.R. [18 U.S.C. § 3592(c)(5)];

    v.    The defendant committed the offense after substantial planning and premeditation to cause the death of Timothy Baker [18 U.S.C. § 3592(c)(9)];

    vi.    The victim, Timothy Baker, was particularly vulnerable due to infirmity, in this case, the victim was sleeping when attacked and was taking sleeping medication [18 U.S.C. § 3592(c)(11)]

vii. The defendant intentionally attempted to kill more than one person in this same criminal episode, by stabbing R.R. multiple times after stabbing Timothy Baker to death [18 U.S.C. § 3592(c)(16)].

## COUNT THREE

5. On or about January 9, 2006, in Greene County, in the Western District of Missouri, and elsewhere, the defendant, **ULYSSES JONES, JR.,** at a place within the special maritime and territorial jurisdiction of the United States, that is, the United States Medical Center for Federal Prisoners in Springfield, Missouri, on land acquired for the use of the United States and under its exclusive jurisdiction, did assault the person R.R. with intent to commit murder, by stabbing him with a sharpened piece of metal (also called a "shank"), in violation of Title 18, United States Code, Sections 7(3) and 113(a)(1).

**A TRUE BILL**

                                                                */s/*
                                                  FOREPERSON OF THE GRAND JURY

*/s/ Gary K. Milligan*
Gary K. Milligan
Assistant United States Attorney

DATED: October 3, 2012