# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:10-CR-03090-DGK |
| ULYSSES JONES, JR., | ) ) ) | |
| Defendant. | ) | |

## ORDER SETTING POST-HEARING BRIEFING SCHEDULE

The Court sets the following schedule for post-hearing briefing on Defendant's *Atkins* motion.

The Court will notify the parties when a hearing transcript is completed, which the Court anticipates will be between April 10 and April 17. The parties will then have fourteen days to file a post-hearing brief not to contain more than seventeen pages of argument. There will be no page limitation on any statement of facts section, but the statement of facts shall not contain any argument.

**IT IS SO ORDERED.**

Date: March 22, 2017          /s/ Greg Kays
                              GREG KAYS, CHIEF JUDGE
                              UNITED STATES DISTRICT COURT